IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                                          Criminal No. 09-179

MIRWAIS MOHAMADI            :

MOTION TO WITHDRAW

        MIRWAIS MOHAMADI, by and through counsel, and at the request of his client, hereby

moves to withdraw and permit Mr. Mohamadi to represent himself in this matter.  Please

consider the following:

        1.  During the last hearing on January 5, 2010, the Court informed permitted Mohamadi

to stay at the Alexandria Detention Center while he consulted with counsel and visited with his

family.

        2.  On January 6, 2010, Mr. Mohamadi was placed in the Alexandria Detention Center.

        3.  Following an incident with correctional officers there (Mr. Mohamadi will want to

address this incident at the next hearing), counsel met extensively with Mr. Mohamadi on

January 7, 2010.

        4.  On the morning of January 8, 2010, counsel again met with Mohamadi and he had a

visit with his uncle, mother, and sister in the presence of counsel.   Issues were discussed

regarding counsel's continued efforts to protect Mr. Mohamadi and represent him in this matter.

        5.  Mr. Mohamadi requested to see counsel for a third time.  Counsel made arrangements

to again see Mohamadi.   Counsel and Mohamadi then met on the afternoon of January 8, 2010

to see if counsel could continue in this case.

6. At the end of this meeting, Mohamadi made very clear that he wants to represent himself in this matter.  He understood clearly the warnings and advice issued by this Court during the last hearing.   He told counsel to stop working on any part of his case.

7. On this day, January 11, 2010, Mr. Mohamadi  contacted counsel's office and directed him to immediately put this matter before the Court.  He also indicated he is on a hunger strike that began when he was placed in Alexandria Jail.

8. Mr. Mohamadi, therefore, wishes to exercise his right to represent himself.  Counsel also can no longer represent this individual despite his absolute best efforts. [1]

MIRWAIS MOHAMADI
BY COUNSEL


_____/s_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Counsel for Mohamadi
Frank@Salvatolaw.com


Certificate
I hereby certify that counsel has filed electronically with the Clerk the foregoing and the Clerk will then file a notice of such filing with: Ron Walutes, AUSA, 2100 Jamieson Avenue, Alexandria, Virginia 22314.

---

[1]  During the last contact visit with Mr. Mohamadi on January 8, 2010, it became clear that counsel simply cannot continue in his representation of this client.

_____/s_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Counsel for Mohamadi
Frank@Salvatolaw.com