IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

FEB - 5 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:09cr179 |
| | ) | |
| MIRWAIS MOHAMADI | ) | |
| | ) | |
| Defendant | ) | |

O R D E R

This matter comes before the court upon the defendant's emergency motion to clarify the court's order dated January 29, 2010, which denied defendant's motion to continue the trial date of this case. After hearing argument of counsel, for reasons stated in open court and for good cause shown, it is accordingly

ORDERED that the defendant's motion (Dkt. 77) is granted. The trial of this matter is hereby continued to March 10, 2010 at 10:00 a.m. for trial by jury. It is further

ORDERED that the defendant is granted leave to file additional motions pro se should he wish to do so.

/s/
Liam O'Grady
United States District Judge

Alexandria, Virginia
February 5, 2010