United States of America
v.
Mirwais Mohamadi
Defendant

Case No.

— Alexandria Division —

## Motion in Limine to Exclude Prior Convictions

Comes Now Defendant, Mirwais Mohamadi, and moves this Honorable Court to order the Government NOT TO use evidence of Defendant's Past Convictions if he decides to take the stand because they are inadmissable under Federal Rule 609(B)

## PROCEDURAL BACKGROUND + ARGUMENT

Defendant faces a 10 count federal indictment. In 1998 at the age of 16 defendant committed 5 felonies and plead guilty and took responsibility for his foolish actions. Defendant was given a sentence of imprisonment that makes admission of that one count admissable because he was released on that count in less then the 10 year exclusion period. But the other 4 counts are inadmissable Rule 609 (B) states:

Time limit:

①

"Evidence of a conviction under this rule is not admissable if a period of more than 10 years has elapsed since the date of conviction or from the confinement imposed for THAT CONVICTION whichever is the later date.

## Conclusion

I hereby for the reasons just stated move this Honorable Court to urge the Government not to use defendant's past 4 felony convictions if Defendant decides to take the stand and defend himself against all the different allegations that are falsely being asserted against him.

Respectfully Submitted,
Mirwais Mohamadi