# United States District Court

EASTERN DISTRICT OF VIRGINIA



FILED IN OPEN COURT
MAR 18 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **VERDICT** |
| v. | CASE NUMBER: 1:09CR00179-001 |
| MIRWAIS MOHAMADI | |

**WE, THE JURY, FIND:**

As to Hobbs Act Armed Robbery (05-27-2007), Count 1:

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

As to Hobbs Act Armed Robbery (05-27-2007), Count 2:

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

As to Using a Firearm During and in Relation to a Crime of Violence (05-27-2007), Count 3:

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

As to Using a Firearm During and in Relation to a Crime of Violence (05-27-2007), Count 4:

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

As to Solicitation to Commit Murder for Hire (09-12-2007), Count 5:

\_\_\_✓\_\_\_\_\_ Not Guilty

_____ Guilty

JURY VERDICT FORM  Page 2
RE: 1:09CR179-001
    MIRWAIS MOHAMADI

As to Solicitation to Commit Murder for Hire (11-01-2007), Count 6:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

As to Murder for Hire (11-12-2008), Count 7:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

As to Witness Tampering (12-08-2008), Count 8:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

As to Witness Tampering (03-05-2009), Count 9:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

Foreperson's Signature            3/18/2010
                                                       Date