UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09-CR-179 |
| | ) | |
| MIRWAIS MOHAMADI | ) | The Hon. Liam O'Grady |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT MOHAMADI'S MOTION FOR APPOINTMENT OF NEW COUNSEL**

Defendant Mirwais Mohamadi, through counsel, moves this Court for appointment of new counsel. In support of his Motion, the Defendant states as follows:

1. On March 16, 2010, during the trial in this matter, Mr. Mohamadi requested that he be allowed to represent himself. The Court denied Mr. Mohamadi's request.

2. On March 18, 2010, a jury found Mr. Mohamadi guilty of eight of nine of counts alleged in the indictment and acquitted Mr. Mohamadi of one count. The Court subsequently found Mr. Mohamadi guilty of one count of being a felon-in-possession of a firearm. The Court scheduled sentencing for June 11, 2010.

3. On April 27, 2010, Mr. Mohamadi informed undersigned counsel that he seeks appointment of new counsel and removal of undersigned counsel from his case.

4. On April 28, 2010, counsel confirmed that Mr. Mohamadi wanted counsel to advise the Court he seeks appointment of new counsel and removal of the Office of the Federal Public Defender from his case.

5. Mr. Mohamadi has articulated that he has substantial differences of opinion with counsel as to the appropriate legal strategies to pursue in his case. He has further stated that he

believes the attorney-client relationship has been irretrievably broken with the Office of the Federal Public Defender and that no meaningful communication is possible between counsel and Mr. Mohamadi.

Accordingly, for the foregoing reasons, Mr. Mohamadi respectfully requests that this Court grant his motion for appointment of new counsel.

<div style="margin-left: 3em;">

Respectfully submitted,

MIRWAIS MOHAMADI

By Counsel,
Michael S. Nachmanoff,
Federal Public Defender

_____/s/_____
Michael S. Nachmanoff
Virginia Bar Number 39180
Attorney for the defendant
Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600- 0860 (telephone)
(703) 600-0880 (fax)
Michael_Nachmanoff@fd.org (e-mail)

Whitney E.C. Minter
Virginia Bar Number 47193
Attorney for the defendant
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600- 0855 (telephone)
(703) 600-0880 (fax)
Whitney_Minter@fd.org (e-mail)

</div>

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2010, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald L. Walutes, Esq.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria , Virginia 22314
(703) 299-3700
Ron.Walutes@usdoj.gov

Michael Ben'ary, Esq.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria , Virginia 22314
(703) 299-3700
michael.ben'ary2@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

_____/s/_____

Michael S. Nachmanoff, Esq.
Attorney for the defendant
Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0860 (telephone)
(703) 600-0880 (fax)
Michael_Nachmanoff@fd.org (e-mail)