IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  1:09cr179 |
| | ) |
| MIRWAIS MOHAMADI | ) |
| | ) |
|     Defendant | ) |

O R D E R

This matter comes before the court upon the defendant's Motion for Appointment of New Counsel. There being no good cause shown to grant the relief requested, it is accordingly

ORDERED that the motion (Dkt. 177) is DENIED.

Alexandria, Virginia
May 20, 2010

/s/
Liam O'Grady
United States District Judge