IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No.: 1:09-cr-179 |
| | ) |
| MIRWAIS MOHAMADI, | ) |
| also known as "Omar," and "O," | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court are Defendant Mirwais Mohamadi's Motion for Judgment of Acquittal on Counts 1, 3, and 5 pursuant to Rule 29 and Motion for New Trial on Counts 2, 4, and 9 pursuant to Rule 33, or in the alternative, Motion for New Trial on Counts 1 through 5 and 9 pursuant to Rule 33. For the reasons stated in the memorandum opinion to follow and for good cause shown, it is hereby

ORDERED that Defendant's Motion for Judgment of Acquittal on Counts 1, 3, and 5 and Motion for New Trial on Counts 2, 4, and 9, or in the alternative, Motion for New Trial on Counts 1 though 5 and 9 are DENIED.

/s/
Liam O'Grady
United States District Judge